LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
KRIS D. KLINGENSMITH, ESQ.
Nevada Bar No. 13904
MORAN BRANDON BENDAVID MORAN
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
ALBERTSONS, LLC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CATHI BROOME, an individual,

    Plaintiff,

v.

ALBERTSON'S, LLC, a foreign corporation d/b/a Albertson's; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

    Defendants.

CASE NO.: 2:14-cv-02157-RFB-GWF

## STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining

///

///

///

///

///

parties, each party bear their respective fees and costs incurred.

DATED this __9__ day of __February__, 2016.

| LAW OFFICE OF BENJAMIN NADIG, CHTD. | MORAN BRANDON BENDAVID MORAN |
|---|---|
| /s/ Ben Nadig, Esq. | /s/ Lew Brandon, Jr., Esq. |
| **BEN NADIG, ESQ.** | **LEW BRANDON, JR., ESQ.** |
| Nevada Bar No. 9876 | Nevada Bar No. 5880 |
| 324 S. Third Street, Suite 200 | **KRIS D. KLINGENSMITH, ESQ.** |
| Las Vegas, Nevada 89101 | Nevada Bar No. 13904 |
| Attorney for Plaintiff, | 630 S. Fourth Street |
| CATHI BROOME | Las Vegas, Nevada 89101 |
| | Attorney for Defendant, |
| | ALBERTSONS, LLC. |

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED this 15th day of March, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

*Respectfully Submitted:*

**MORAN BRANDON BENDAVID MORAN**

/s/ Lew Brandon, Jr., Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
630 S. Fourth Street
Las Vegas, Nevada 89101
l.brandon@moranlawfirm.com
Attorneys for Defendant,
ALBERTSONS, LLC

MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568